969 P.2d 657

A. DOE, a single person,
Plaintiff/Appellant,

v.

MILES INC.; Armour Pharmaceutical Co.; Baxter Healthcare Corporation; Alpha Therapeutic Corporation; Rhone–Poulenc, Inc.; Arizona Board of Regents; University of Arizona; University of Arizona College of Medicine; State of Arizona; Dr. James Corrigan and Carolyn Corrigan; St. Joseph's Hospital & Medical Center; Catholic Healthcare West, Defendants/Appellees.

Jane Doe, as Personal Representative of the Estate of B. Doe, deceased child of Jane Doe, for and on behalf of herself and on behalf of the Estate, and in her individual capacity, Plaintiff/Appellant,

v.

Miles Inc.; Armour Pharmaceutical Co.; Baxter Healthcare Corporation; Alpha Therapeutic Corporation; Rhone–Poulenc, Inc.; Arizona Board of Regents; University of Arizona; University of Arizona College of Medicine; State of Arizona; Dr. James Corrigan and Carolyn Corrigan; St. Joseph's Hospital & Medical Center; Catholic Healthcare West, Defendants/Appellees.

Nos. 2 CA–CV 96–0166, 2 CA–CV 96–0167.

Court of Appeals of Arizona,
Division 2, Department A.

May 27, 1998.

ORDER

FLÓREZ, Presiding Judge.

On May 1, 1998, the Arizona Supreme Court depublished this court's Opinion which decides this appeal. Accordingly, our written disposition of this appeal is redesignated

a Memorandum Decision as provided by Ariz.R.Civ.App.P. 28, 17B A.R.S.

Chief Judge DRUKE and Judge BRAMMER concurring.